FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 MAR 11 AM 10:12
CLERK WB
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIUS JAMES LARRY IV
Plaintiff
V.

Case No. CV415-046

NOAH ABRAMS Assistant District
Attorney et. al.,
Defendants

# MOTION FOR SUMMARY JUDGMENT

Comes Now Plaintiff, JULIUS JAMES LARRY IV, ProSe and respectfully moves for summary Judgment to establish as a matter of law that Plaintiff's confinement, Plaintiff's Due Process of Law, Plaintiff's Equal Protection Right, and Plaintiff's Right to be secure against unreasonable searches and Seizures were unconstitutional and that all defendants in concurrent Negligence, Negligence Per Se, Malicious Acts, Negligence in Law, Gross Negligence, Abuse of Process, Prosecutorial Misconduct, Selective Prosecution, and Malum Prohibitum violated Plaintiff's 4th, 6th, 8th, and 14th Amendments.

WHEREFORE Plaintiff prays that this his Motion be inquired into by this Honarble Court and that this Honorable Court issues its Order granting Plaintiff's Motion.

Respectfully Submitted,

JULIUS JAMES LARRY IV, Pro Se
1074 Carl Griffin Dr. Savannah Ga 31405
X00460774