# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JULIUS JAMES LARRY, IV, )
)
    Plaintiff, )
)
v. )
)
NOAH ABRAMS, MEG HEAP, )   Case No. CV415-046
JOHNATHAN COUR, EVERETT )
RAGAN, CHATHAM COUNTY )
MANAGER, SAVANNAH CITY )
MANAGER, and AL ST. LAWRENCE, )
)
    Defendants. )

## ORDER

Over two months ago, the Court recommended dismissing this 42 U.S.C. § 1983 case. Doc. 8. *Pro se* plaintiff Julius Larry objected, doc. 10, then moved to amend his objection, doc. 11, which the Court allowed. Doc. 14. Now, over two months after the deadline for objections, and over one month after he last filed an objection (the Court granted leave to amend), Larry moves to "make supplemental complaint of original complaint."[1] Doc. 15 at 1.

---

[1] He also labels this a "summary judgment" motion though it in no way satisfies Local Rule 56.1 or otherwise constitutes a typical Fed. R. Civ. P. 56 motion. Doc. 15. Since it in substance seeks to amend the complaint, that is how the Court considers it.

Although leave to amend should be granted liberally, "a motion to amend may be denied on numerous grounds such as undue delay . . . and futility of the amendment." *Haynes v. McCalla Raymer, LLC*, ___ F.3d ___, 2015 WL 4188459 at * 2 (11th Cir. July 13, 2015).  Because Larry's motion to amend is nothing if not futile (for he raises the same claims the Court already recommended denying), not to mention unduly delayed (for it was filed three months after the Court recommended dismissing his complaint and five months since this case began), it is **DENIED**. Doc. 15.

**SO ORDERED** this 28Th day of July, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**