UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JULIUS JAMES LARRY, IV, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV415-46<br>) |
| NOAH ABRAMS, MEG HEAP, JOHNATHAN COUR, EVERETT RAGAN, CHATHAM COUNTY MANAGER, SAVANNAH CITY MANAGER, and AL ST. LAWRENCE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 23 day of September, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA